**STATE of Missouri, Plaintiff-Respondent,**

v.

**Danny L. BARNETT, Defendant-Appellant.**

**No. 47953.**

Missouri Court of Appeals, Eastern District, Division Four.

Feb. 26, 1985.

Motion for Rehearing and/or Transfer to Supreme Court Denied April 9, 1985.

Application to Transfer Denied May 29, 1985.

John Malec, St. Louis, for defendant-appellant.

John M. Morris, Asst. Atty. Gen., Jefferson City, for plaintiff-respondent.

ORDER

PER CURIAM.

Judgments of conviction of robbery first degree and assault first degree and resultant sentences are affirmed. Rule 30.25(b).